UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 14-200- WOB-JGW      **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA      PLAINTIFF

VS.

$5,485.00 IN UNITED STATES CURRENCY and
$2,900.00 IN UNITED STATES CURRENCY      DEFENDANTS

## ANSWER

Come now the Defendants, by and through counsel, and in response to the above complaint aver as follows:

The Defendants admit the facts contained in Paragraphs one, two, three, four, and five.

The Defendants deny the allegations contained in Paragraphs six and seven.

**WHEREFORE**, the Defendants pray as follows:

1. For dismissal of the above action at the cost of the Plaintiff;

2. For return of the subject property to the lawful owners;

3. For reasonable legal fees for having to defend this action; and

4. For any and all relief to which the Defendants may appear entitled.

Respectfully submitted,

\_\_\_\_\_//Dean A. Pisacano//_____
**DEAN A. PISACANO, ESQ.**
214 East Fourth Street
Covington, KY 41011
(859) 431-7202

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion was served by ECF to David Olinger, Jr., Esq., Attorney for the Plaintiff.

                                      **//Dean A. Pisacano, Esq.//**
                                  **DEAN A. PISACANO, ESQ.**